# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-1286

_____

Jingyuan Feng

*Plaintiff - Appellant*

v.

Sheena Komenda

*Defendant*

Rockwell Collins, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: October 3, 2017
Filed: October 25, 2017
[Unpublished]

_____

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jingyuan Feng appeals the district court's[1] adverse grant of summary judgment in her action claiming employment discrimination and retaliation. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that summary judgment was properly granted for the reasons stated in the district court's order. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.